Dear Sir/Madam

1-16 FILED
IN CLERKS OFFICE
2005 JAN 19 P 2:57
U.S. DISTRICT COURT
DISTRICT OF MASS

Hi, my name is Daniel Bauc[...] have a matter before judge Joseph Trudo. Could you please take the liberty in submitting this document to him.

Thank you in advance for your assistance.

Sincerely,
D. B[...]

1-16-05

Dear Hon.

Hi, my name is Daniel Barricault Sr. I am writing this letter in regard of an "Emergency Stay of Removal". Base on the claim I presented before you. I respectfully request an emergency stay of removal. Because of the condition in Haiti right now. It's not safe to get deported to Haiti. I am in fear of my life your honor. The matter I have before you challenging my state conviction have not been decided yet. Therefore my conviction is not final. Along with this request is move to withdraw my petition writ of habeas corpus under 28 U.S.C. § 2241 before judge Woodlock Douglas.

Your honor I have been wronged by the judicial system. I trust in every wrong there must be a remedy. To be deported over a wrongful conviction; to separate from my family, and to no destination in Haiti is not fair. I have not lost my desire for justice. And willing to do anything according to law to get it.

At this present time. I do not have a stable address. Because Immigration have been moving me around places to places. At this very moment I am in South-Bay House of correction. As a result to the moving, I'm unable to obtain the proper document to filed along with the application to proceed without prepayment of fees and affidavit. You ask me a week ago and with a 10 days deadline. I kindly ask you a two weeks extension.

I thank you in advance for your consideration in this matter.

Sincerely yours,

[signature]