```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

DANIEL BAUCICAULT, Jr.,      )
                             )
         Plaintiff,          )
                             )
    v.                       ) C.A. No. 04-12681-JLT
                             )
COMMONWEALTH OF MASSACHUSETTS )
                             )
         Respondent.         )
```

### ORDER OF DISMISSAL

TAURO, District Judge

    In accordance with this Court's Memorandum and Order dated January 31, 2005 dismissing the Petition for Habeas Corpus relief under 28 U.S.C. §2241, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                          BY THE COURT,

                                          /s/ Zita Lovett
                                          Deputy Clerk

DATED: January 31, 2005